A91A0587. CANDLER GENERAL HOSPITAL, INC. v. LAMB et al.
(419 SE2d 157)

BIRDSONG, Presiding Judge.

The Supreme Court having reversed our decision in this case, at 200 Ga. App. 314 (408 SE2d 416), by its opinion in *Lamb v. Candler Gen. Hosp.,* 262 Ga. 70 (413 SE2d 720), the judgment of the trial court in this case is hereby affirmed.

*Judgment affirmed. Pope and Cooper, JJ., concur.*

DECIDED APRIL 10, 1992.

*Bouhan, Williams & Levy, Frank W. Seiler, Roy E. Paul, Peter D. Muller,* for appellant.

*Jones, Boykin & Associates, Noble L. Boykin, Jr., Charles W. Snyder, Painter, Ratterree, Connolly & Bart, Paul W. Painter, Clark & Clark, H. Sol Clark,* for appellees.